

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ALORICA AND ALORICA, INC., | § | No. 08-18-00158-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| ELVIA JASSO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018-DCV-1535) |
| | § | |

## **O R D E R**

Pending before the Court is Appellee's motion to dismiss appeal. The motion is DENIED.

IT IS SO ORDERED this 10th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.